UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION



FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

17 AUG -9 PM 4: 18

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Cause No. 1:17-cr- |
| | ) |
| TERIA L. ANDERSON, | ) 1:17-cr- 159 TWP-TAB |
| Defendant, | ) |

## INDICTMENT

**[Possession of Firearm by Convicted Felon – 18 U.S.C. § 922(g)(1)]**

The Grand Jury further charges that:

On or about July 14, 2017, within the Southern District of Indiana, Indianapolis Division, TERIA L. ANDERSON, being a person who has been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, which firearm had been shipped or transported in interstate commerce; to-wit, ANDERSON possessed (1) a Superior Arms S-15 5.56 rifle, bearing serial number 10268; (2) a Marlin lever-action rifle, bearing serial number AD22884; and (3) a Smith & Wesson .40 caliber handgun, bearing serial number PAV9043, after having sustained a conviction for Possession of Marijuana, a Class D felony, in Marion County, Indiana, on or about April 16, 2009.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

1. The allegations in this Indictment are realleged as if fully set forth here, for the purpose of giving the defendant notice of the United States' intent to seek forfeiture pursuant to

Title 21, United States Code, Section 853, Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

2. If convicted of the offense set forth in this Indictment, TERIA L. ANDERSON shall also forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the offense of which she is convicted.

A TRUE BILL:

FOREPERSON

JOSH J. MINKLER
United States Attorney

By: _____
Bradley A. Blackington
Chief, Drug and Violent Crime Unit