UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

17 AUG -9 PM 4: 20

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
V. )
) 1:17-cr- 159 TWP -TAB
TERIA L. ANDERSON, )
)
)
)
Defendant. )

## PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 922(g)(1) Possession of Firearm by Convicted Felon | Not more than 10 years | $250,000 | NMT 3 years |

Dated: _____  _____
Teria L. Anderson
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that she signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana